# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 35  SSM 31
Tracy Preston, &c.,
     Appellant,
   v.
APCH, Inc. et al.,
     Respondents,
et al.,
     Defendant.

Submitted by William W. Pulos, for appellant.
Submitted by Jill L. Yonkers, for respondents.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, with costs. Decedent's work as a welder during the "normal manufacturing process" of fabricating rotor components for air preheaters did not involve "erection, demolition, repairing, altering, painting, cleaning or pointing" of a building or structure (Jock v Fien, 80 NY2d 965, 968 [1992]; Labor Law § 240 [1]). Chief Judge DiFiore and Judges Rivera, Stein, Garcia, Wilson and Feinman concur. Judge Fahey took no part.

Decided February 13, 2020